| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Bob Steinberg (Bar No. 126407) |
| 2 | *bob.steinberg@lw.com* |
| | 355 South Grand Avenue |
| 3 | Los Angeles, California 90071-1560 |
| | Telephone: +1.714.540.1235 |
| 4 | Facsimile: +1.714.755.8290 |
| 5 | LATHAM & WATKINS LLP |
| | Michael W. De Vries (Bar No. 211001) |
| 6 | *mike.devries@lw.com* |
| | D. Stuart Bartow (Bar No. 233107) |
| 7 | *stuart.bartow@lw.com* |
| | 650 Town Center Drive, 20th Floor |
| 8 | Costa Mesa, California 92626-1925 |
| | Telephone: +1.714.540.1235 |
| 9 | Facsimile: +1.714.755.8290 |
| 10 | Attorneys for Plaintiff The Ansel Adams Publishing |
| | Rights Trust, a California partnership |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ANSEL ADAMS PUBLISHING RIGHTS TRUST, a California partnership, | CASE NO. 10-3740 |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | [LOCAL RULE 3-16] |
| PRS MEDIA PARTNERS, LLC, a California limited liability company; RICK NORSIGIAN, an individual; and DOES 1-10, | |
| Defendants. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. The Ansel Adams Publishing Rights Trust, a California partnership;
2. The Ansel Adams Publishing Rights Trust for the Benefit of Anne Adams Helms dated April 21, 1976;
3. The Ansel Adams Publishing Rights Trust for the Benefit of Michael Adams dated April 21, 1976;
4. William A. Turnage, Trustee;
5. David H. Vena, Trustee; and
6. John P. Schaefer, Trustee

Dated: August 23, 2010

Respectfully submitted,

LATHAM & WATKINS LLP
Bob Steinberg
Michael W. De Vries
Stuart Bartow

By _____
Bob Steinberg
Attorneys for Plaintiff The Ansel Adams Publishing Rights Trust, a California partnership