IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE ANSEL ADAMS PUBLISHING
RIGHTS TRUST,

    Plaintiff,

v.

PRS MEDIA PARTNERS, LLC, et al.,

    Defendants.

No. C 10-03740 JSW

**ORDER SETTING BRIEFING SCHEDULE**

      This matter is set for a hearing on November 12, 2010 on Defendants' motion to dismiss. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be filed by no later than October 14, 2010 and a reply brief shall be filed by no later than October 21, 2010.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: September 30, 2010

                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE