1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE ANSEL ADAMS PUBLISHING RIGHTS TRUST, a California partnership, | CASE NO. 10-CV-03740-JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS ON ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER |
| v. | |
| PRS MEDIA PARTNERS, LLC, a California limited liability company; RICK NORSIGIAN, an individual; and DOES 1-10, | |
| | [LOCAL RULE 7-11] |
| Defendants. | |

The Court has reviewed Plaintiff's Administrative Motion to Exceed Page Limits on its Opposition to Defendants' Motion to Dismiss, or in the Alternative, to Transfer, and accompanying Stipulation. Upon consideration of the Motion and Stipulation, the Court hereby GRANTS Plaintiff's request to exceed the page limitation by three pages, to submit an Opposition not in excess of 18 pages. The parties are admonished that any future requests to alter requirements shall be filed in advance and provide sufficient time for the Court to rule before the ~~IT IS SO ORDERED.~~ brief is due.

IT IS SO ORDERED.

Dated: October 18, 2010

_____
Honorable Jeffrey S. White
United States District Judge

OC\1084372.1