**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ANSEL ADAMS PUBLISHING RIGHTS TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>PRS MEDIA PARTNERS, LLC, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-03740 JSW<br><br>**ORDER VACATING HEARING** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to transfer, or in the alternative, to dismiss filed by defendants PRS Media Partners, LLC and Rick Norsignian (collectively, "Defendants") which has been scheduled for hearing on Friday, November 12, 2010 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: November 10, 2010

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE