LATHAM & WATKINS LLP
Bob Steinberg (Bar No. 126407)
 *bob.steinberg@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
Michael W. De Vries (Bar No. 211001)
 *mike.devries@lw.com*
D. Stuart Bartow (Bar No. 233107)
*stuart.bartow@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

LATHAM & WATKINS LLP
Jennifer L. Barry (Bar No. 228066)
 *jennifer.barry@lw.com*
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419

Attorneys for Plaintiff/Counterdefendant
The Ansel Adams Publishing Rights Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSEL ADAMS PUBLISHING RIGHTS TRUST, a California partnership,<br><br>Plaintiff,<br><br>v.<br><br>PRS MEDIA PARTNERS, LLC, a California limited liability company; RICK NORSIGIAN, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 10-CV-03740-JSW<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM; [PROPOSED] ORDER** |
| AND RELATED COUNTERCLAIMS | |

LATHAM&WATKINS<sup>LLP</sup> SD\736539.1
ATTORNEYS AT LAW
ORANGE COUNTY

Case No. 10-CV-03740-JSW
STIPULATION TO EXTEND TIME TO FILE
RESPONSE TO COUNTERCLAIM

Plaintiff and Counterdefendant The Ansel Adams Publishing Rights Trust ("The Trust") and Defendants and Counterclaimants PRS Media Partners, LLC and Rick Norsigian hereby stipulate and agree that The Trust shall have an additional 30 days to respond to the Counterclaim filed in this action, accordingly shall file a responsive pleading on or before February 7, 2011.

**IT IS SO STIPULATED.**

Dated: December 28, 2010          LATHAM & WATKINS LLP

By   /s/ Jennifer L. Barry
    Jennifer L. Barry
    Attorneys for Plaintiff
    The Ansel Adams Publishing Rights Trust

Dated: December 27, 2010          PETER RUBIN & SIMON LLP

By   /s/ Arnold P. Peter
    Arnold P. Peter
    Attorneys for Defendants
    PRS Media Partners, LLC / Rick Norsigian

**ORDER**

Based upon the foregoing stipulation, IT IS SO ORDERED.

Dated: January 3, 2011

HON. JEFFREY S. WHITE
United States District Judge

Attestation

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "Conformed" signature (/S/) within this e-filed document. Dated: December 28, 2010      /s/ Jennifer L. Barry

LATHAM&WATKINS LLP SD\736539.1
ATTORNEYS AT LAW
ORANGE COUNTY

Case No. 10-CV-03740-JSW
STIPULATION TO EXTEND TIME TO FILE
RESPONSE TO COUNTERCLAIM

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System. Filing via the CM/ECF System constitutes service on all parties in this case pursuant to Section IX of General Order 45.

Dated: December 29, 2010                    /s/ Jennifer L. Barry
                                             Jennifer L. Barry

LATHAM&WATKINS<sub>LLP</sub> SD\736539.1
ATTORNEYS AT LAW
ORANGE COUNTY

Case No. 10-CV-03740-JSW
STIPULATION TO EXTEND TIME TO FILE
RESPONSE TO COUNTERCLAIM