1 | LATHAM & WATKINS LLP
Bob Steinberg (Bar No. 126407)
2 | bob.steinberg@lw.com
355 South Grand Avenue
3 | Los Angeles, California 90071-1560
Telephone: (213) 485-1234
4 | Facsimile: (213) 891-8763

5 | LATHAM & WATKINS LLP
Michael W. De Vries (Bar No. 211001)
6 | mike.devries@lw.com
D. Stuart Bartow (Bar No. 233107)
7 | stuart.bartow@lw.com
650 Town Center Drive, 20th Floor
8 | Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
9 | Facsimile: (714) 755-8290

10 | LATHAM & WATKINS LLP
Jennifer L. Barry (Bar No. 228066)
11 | jennifer.barry@lw.com
600 West Broadway, Suite 1800
12 | San Diego, California 92101-3375
Telephone: (619) 236-1234
13 | Facsimile: (619) 696-7419

14 | Attorneys for Plaintiff/Counterdefendant
The Ansel Adams Publishing Rights Trust

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSEL ADAMS PUBLISHING RIGHTS TRUST, a California partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>PRS MEDIA PARTNERS, LLC, a California limited liability company; RICK NORSIGIAN, an individual; and DOES 1-10,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 10-CV-03740-JSW<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO FIRST AMENDED COUNTERCLAIM; [~~PROPOSED~~] ORDER** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\750816.1

Case No. 10-CV-03740-JSW
STIPULATION TO EXTEND TIME TO FILE
RESPONSE TO FIRST AMENDED COUNTERCLAIM

1    Plaintiff and Counterdefendant The Ansel Adams Publishing Rights Trust ("The Trust"),
2 and Counterdefendant William Turnage, on the one hand, and Defendants and Counterclaimants
3 PRS Media Partners, LLC and Rick Norsigian, on the other hand, hereby stipulate and agree that
4 The Trust and Mr. Turnage shall have an additional 21 days to respond to the First Amended
5 Counterclaim filed in this action.  Accordingly, The Trust and Mr. Turnage shall file their
6 responsive pleading on or before February 28, 2011.

7    **IT IS SO STIPULATED.**

8  Dated:  January 28, 2011                           LATHAM & WATKINS LLP

10                                                    By   /s/ Jennifer L. Barry
                                                          Jennifer L. Barry

11                                                    Attorneys for Plaintiff/Counterdefendant
                                                      The Ansel Adams Publishing Rights Trust
12                                                    and Counterdefendant William Turnage

13 Dated:  January 28, 2011                           PETER LAW GROUP
14

15                                                    By   /s/ Arnold P. Peter
                                                          Arnold P. Peter
16
                                                      Attorney for Defendants/Counterclaimants
17                                                    PRS Media Partners, LLC
                                                      and Rick Norsigian
18

19                                    **ORDER**

20    Based upon the foregoing stipulation, IT IS SO ORDERED.
21

22

23 Dated:  February 1, 2011                           _/s/ Jeffrey S. White_
                                                      HON. JEFFREY S. WHITE
24                                                    United States District Judge

27 **Attestation**: I hereby attest that I have on file all holograph signatures for any signatures indicated by a
28 "Conformed" signature (/s/) within this e-filed document.  Dated January 28, 2011   /s/ Jennifer L. Barry

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\750816.1

Case No. 10-CV-03740-JSW
STIPULATION TO EXTEND TIME TO FILE
RESPONSE TO FIRST AMENDED COUNTERCLAIM