THOMAS C. HORNE
ATTORNEY GENERAL

ROBERT R. McCRIGHT
California State Bar No. 159667
Assistant Attorney General
177 North Church Avenue, Suite 1105
Tucson, Arizona 85701-1114
(520) 638-2806 • Fax (520) 628-6050
robert.mccright@azag.gov

Attorneys for State of Arizona Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ANSEL ADAMS PUBLISHING RIGHTS TRUST, a California partnership,<br><br>Plaintiff,<br><br>v.<br><br>PRS MEDIA PARTNERS, LLC, a California limited liability company; RICK NORSIGIAN, an individual; and DOES 1-10,<br><br>Defendants.<br><br>PRS MEDIA PARTNERS, LLC, a California limited liability company; RICK NORSIGIAN, an individual;<br><br>Counter-Plaintiffs,<br><br>v.<br><br>THE ANSEL ADAMS PUBLISHING RIGHTS TRUST, a California partnership, WILLIAM TURNAGE, in his official capacity as Managing Director of the Ansel Adams Publishing Rights Trust; THE UNIVERSITY OF ARIZONA; and DOES 1-10,<br>Counter-Defendants. | No. 10-CV-03740-JSW<br><br>**Date:** April 29, 2011<br>**Time:** 9:00 a.m.<br><br>**STIPULATION TO CHANGE DATE FOR HEARING OF COUNTER-DEFENDANT STATE OF ARIZONA'S MOTION TO DISMISS COUNTERCLAIMS; [~~PROPOSED~~] ORDER** |

Stipulation to Change Hrg. Date for Hrg. of Counter-Df State of Arizona's Motion to Dismiss Counterclaims – 10-CV-03740-JSW

1  Due to a calendar conflict of counsel for Counter-Defendant State of Arizona, the
2  parties hereby agree that the hearing on the State of Arizona's Motion to Dismiss
3  Counterclaims, currently scheduled for April 15, 2011, be heard instead on April 29,
4  2011, at 9:00 a.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate
5  Avenue, San Francisco, California.

6  Respectfully submitted this 3rd day of March, 2011.

**THOMAS C. HORNE**
**ATTORNEY GENERAL**

*/s/*

ROBERT R. McCRIGHT
Assistant Attorney General
Attorneys for State of Arizona


**LATHAM & WATKINS LLP**

*/s/*

JENNIFER L. BARRY, Esq.
*Attorneys for Plaintiff/ Counterdefendant*
*The Ansel Adams Publishing Rights Trust*
*and Counterdefendant William Turnage*


**PETER LAW GROUP**

*/s/*

ARNOLD P. PETER, Esq.
*Attorneys for Counter-Plaintiffs*
*PRS Media Partners, LLC and Rick*
*Norsigian*

22  / / /
23  / / /
24  / / /
25  / / /

26  Stipulation to Change Hrg. Date for Hrg. of Counter-Df State of Arizona's Motion to Dismiss Counterclaims –
10-CV-03740-JSW

2

## **ORDER**

Based upon the foregoing stipulation, IT IS SO ORDERED.

Dated: 3/4/2011

*Jeffrey S. White*

HON. JEFFREY S. WHITE
United States District Judge

Stipulation to Change Hrg. Date for Hrg. of Counter-Df State of Arizona's Motion to Dismiss Counterclaims – 10-CV-03740-JSW

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2011, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert Steinberg
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071
*Attorneys for Plaintiff/ Counterdefendant
   The Ansel Adams Publishing Rights Trust
   and Counterdefendant William Turnage*

Daryl S. Bartow
Michael W. De Vries
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
*Attorneys for Plaintiff/ Counterdefendant
   The Ansel Adams Publishing Rights Trust
   and Counterdefendant William Turnage*

Jennifer L. Barry
Latham & Watkins LLP
600 W. Broadway, Suite 1800
San Diego, CA 92101
*Attorneys for Plaintiff/ Counterdefendant
   The Ansel Adams Publishing Rights Trust
   and Counterdefendant William Turnage*

Arnold P. Peter, Esq.
Peter Rubin & Simon, LLP
9100 Wilshire Boulevard, Suite 880W
Beverly Hills
California, CA 90212
*Attorneys for Counter-Plaintiffs
   PRS Media Partners, LLC and Rick Norsigian*

s/bam
1667506

Stipulation to Change Hrg. Date for Hrg. of Counter-Df State of Arizona's Motion to Dismiss Counterclaims – 10-CV-03740-JSW

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2011, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert Steinberg
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071
*Attorneys for Plaintiff/ Counterdefendant
   The Ansel Adams Publishing Rights Trust
   and Counterdefendant William Turnage*

Daryl S. Bartow
Michael W. De Vries
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
*Attorneys for Plaintiff/ Counterdefendant
   The Ansel Adams Publishing Rights Trust
   and Counterdefendant William Turnage*

Jennifer L. Barry
Latham & Watkins LLP
600 W. Broadway, Suite 1800
San Diego, CA 92101
*Attorneys for Plaintiff/ Counterdefendant
   The Ansel Adams Publishing Rights Trust
   and Counterdefendant William Turnage*

Arnold P. Peter, Esq.
Peter Rubin & Simon, LLP
9100 Wilshire Boulevard, Suite 880W
Beverly Hills
California, CA 90212
*Attorneys for Counter-Plaintiffs
   PRS Media Partners, LLC and Rick Norsigian*

s/bam
1667506

Stipulation to Change Hrg. Date for Hrg. of Counter-Df State of Arizona's Motion to Dismiss Counterclaims – 10-CV-03740-JSW