UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE ANSEL ADAMS PUBLISHING RIGHTS TRUST, a California partnership,<br><br>Plaintiff,<br><br>v.<br><br>PRS MEDIA PARTNERS, LLC, a California limited liability company; RICK NORSIGIAN, an individual; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 10-CV-03740-JSW<br><br>[~~PROPOSED~~] ORDER DISMISSING COMPLAINT AND FIRST AMENDED COUNTERCLAIM AS BETWEEN CERTAIN PARTIES WITHOUT PREJUDICE |

The Court has reviewed the Parties' Joint Stipulation to Dismiss Without Prejudice. Upon consideration of the Stipulation, the Court hereby GRANTS the Parties' request. All claims in the Complaint and First Amended Counterclaim between or among any of PRS Media Partners, LLC, Rick Norsigian, The Ansel Adams Publishing Rights Trust and William Turnage are hereby DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: March 15, 2011

_____
Honorable Jeffrey S. White
United States District Judge